# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **RODDERICK SISSON, Inmate #K61093,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| vs. ) | **CIVIL NO. 09-cv-011-JPG** |
| ) | |
| **DR. OBADINA,** *et al.*, ) | |
| ) | |
| **Defendants.** ) | |

## MEMORANDUM AND ORDER

**GILBERT, District Judge:**

Plaintiff has filed a motion to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915, but he has not submitted a certified copy of his prison trust fund account statement for the six-month period immediately preceding the filing of the complaint as required by § 1915(a)(1). He has also filed a motion to compel (Doc. 2), in which he states that Defendants refuse to provide him with such a statement.

**IT IS HEREBY ORDERED** that Plaintiff shall submit, within **THIRTY (30) DAYS** of the date of the entry of this order, a certified copy of his prison trust fund account statement for the six-month period immediately preceding the filing of the complaint. The Court will reserve ruling on the motion to compel, with the assumption that Defendants will provide Plaintiff with the required documentation in a timely manner. The Clerk is **DIRECTED** to send a courtesy copy of this order to the Warden at Plaintiff's place of confinement.

**IT IS SO ORDERED.**

Dated: January 15, 2009.

                                          s/ J. Phil Gilbert
                                          **U. S. District Judge**