UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| RODDERICK SISSON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No.: 09-cv-11-JPG |
| ) | |
| DR. OLUKUNLE OBADINA and ) | |
| GARY GERST, P.A., ) | |
| ) | |
| Defendants. ) | |

## MEMORANDUM AND ORDER

This matter comes before the Court for purposes of case management. On February 25, 2010, the Clerk of Court mailed Plaintiff an Order to Show Cause why his case should not be dismissed for want of prosecution for failure to respond to Defendants' Motion for Summary Judgment (Doc. 30). Additionally, the Court ordered Plaintiff to update his address on file with the Clerk because Plaintiff has failed to do so since being paroled on January 15, 2010. The Clerk has indicated that the Order to Show Cause was returned as undeliverable. Plaintiff has been warned that his failure to keep the Court informed of his whereabouts will result in dismissal of this action (*see* Doc. 35).

Accordingly, this action is **DISMISSED with prejudice** pursuant to Federal Rule of Civil Procedure 41(b) for Plaintiff's failure to prosecute and failure to comply with an order of the Court. Further, the pending Motion to Dismiss (Doc. 19) and Motion for Summary Judgment (Doc. 30) are **DENIED as moot**. Finally, the Clerk of Court is **DIRECTED** to enter judgment accordingly and to mail a copy of this Memorandum and Order and the Judgment to Plaintiff at his last known address of record.

**IT IS SO ORDERED.**
**DATED: March 3, 2010**

s/ J. Phil Gilbert
**J. PHIL GILBERT**
**DISTRICT JUDGE**