UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| RODDERICK SISSON,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>DR. OLUKUNLE OBADINA, *et al.*,<br><br>　　　　Defendants. | Case No. 09-cv-11-JPG |

## JUDGMENT

This matter having come before the Court, and Plaintiff Rodderick Sisson having failed to prosecute this action,

IT IS HEREBY ORDERED AND ADJUDGED that this case is dismissed with prejudice.

　　　　　　　　　　　　　　　　　　　　**NANCY ROSENSTENGEL**

　　　　　　　　　　　　　　　　　　　　**By:s/Deborah Agans, Deputy Clerk**

**DATED: March 3, 2010**


**Approved:**　　s/ J. Phil Gilbert
　　　　　　　　**J. PHIL GILBERT**
　　　　　　　　**DISTRICT JUDGE**